## IN THE SUPREME COURT OF PENNSYLVANIA

| | |
|---|---|
| In the Matter of | : No. 1556 Disciplinary Docket No. 3 |
| | : |
| ANDREW J. OSTROWSKI | : No. 135 DB 2008 |
| | : |
| PETITION FOR REINSTATEMENT | : Attorney Registration No. 66420 |
| | : |
| | : (Dauphin County) |

## ORDER

**PER CURIAM**

**AND NOW**, this 22nd day of March, 2017, the Petition for Reinstatement is denied. Petitioner is directed to pay the expenses incurred by the Board in the investigation and processing of the Petition for Reinstatement. *See* Pa.R.D.E. 218(f).